

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERMAN RESNICK, | Case No. CV 11-3071-JVS (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| FEDERAL BUREAU OF PRISONS, | |
| Respondent. | |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

Dated: July 5, 2011

James V. Selna
United States District Judge